# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TAMBRA RENE GARRETT | § |
| | § Civil Action No. 4:18-CV-573 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge entered in this matter on this date, it is

**CONSIDERED, ORDERED, AND ADJUDGED** that the final decision of the Commissioner is **REMANDED** to the Commissioner for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

All motions by either Party not previously ruled on are **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 27th day of August, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE