# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| TAMBRA RENE GARRETT | § | |
| --- | --- | --- |
| | § | Civil Action No. 4:18-CV-573 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Tambra Rene Garrett's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #15) and the Commissioner's Response (Dkt. #17), wherein the Commissioner does not object to the requested fee and/or costs, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #15) is **GRANTED**, and the Commissioner is directed to pay eight thousand, two hundred fifty-six dollars and no cents ($8,256.00) in attorney's fees; Plaintiff is further entitled to reimbursement of four hundred dollars ($400.00) as reasonable costs to be paid out of the Judgment Fund. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 25th day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE