# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TAMBRA RENE GARRETT | § |
| | § Civil Action No. 4:18-CV-573 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 22, 2021, the report of the Magistrate Judge (Dkt. #22) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b) (Dkt. #19) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's § 406(b) Motion (Dkt. #19) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's attorney is awarded a fee in the amount of thirty-one thousand one hundred seventy-seven dollars ($31,177.00), to be paid from Plaintiff's past due benefits being withheld by the Commissioner for attorney fees. Upon receipt of such payment, Plaintiff's attorney shall refund to Plaintiff the EAJA award previously granted in this cause.

**IT IS SO ORDERED**.

SIGNED this 7th day of April, 2021.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE